UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA,<br>      Plaintiff,<br>         v.<br>THE UNITED STATES DEPARTMENT<br>OF THE INTERIOR, et al.,<br>      Defendants.<br>_____/ | CIV. NO. S-07-0527 LKK/GGH |
| IONE BAND OF MIWOK INDIANS,<br>et al.,<br>      Plaintiffs,<br>         v.<br>HAROLD BURRIS, et al.,<br>      Defendants.<br>_____/ | CIV. NO. S-90-0993 LKK/PAN |

////

////

////

////

```
1  COUNTY OF AMADOR, CALIFORNIA,
2           Plaintiff,
3              v.                    CIV. NO. S-12-1710 JAM/CKD
4  THE UNITED STATES DEARPTMENT
   OF THE INTERIOR, et al.,
5                                    NON-RELATED CASE ORDER
            Defendants.
6  _____/
```

Plaintiff has filed a Notice of Related Cases asserting that Civ. No. 2:12-cv-1710-JAM is related to Civ. Nos. 2:90-993-LKK and 2:07-cv-527-LKK. The two latter cases were closed nearly sixteen (16) years ago, on September 4, 1996. The court believes that relating the cases will not result in a substantial saving of judicial effort, nor avoid duplication of labor, as contemplated by E.D. Cal. R. 123(a)(3) and (4), and the court therefore **DECLINES** to relate them.

IT IS SO ORDERED.

DATED: July 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT