1  IGNACIA S. MORENO
   Assistant Attorney General
2  JUDITH RABINOWITZ
   Trial Attorney
3  Indian Resources Section
   Environment & Natural Resources Division
4  United States Department of Justice
   301 Howard Street, Suite 1050
5  San Francisco, CA 94105
   Telephone:  (415) 744-6486
6
   BENJAMIN B. WAGNER
7  United States Attorney
   YOSHINORI H. T. HIMEL #66194
8  Assistant U. S. Attorney
   501 I Street, Suite 10-100
9  Sacramento, California 95814
   Telephone:  (916) 554-2760
10
   Attorneys for Defendants
11

12              IN THE UNITED STATES DISTRICT COURT FOR THE

13                     EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  COUNTY OF AMADOR, CALIFORNIA, | 2:12-cv-1710-JAM-CKD |
| 16         Plaintiff, | **PARTIES' STIPULATION AND ORDER FOR CONTINUANCE** |
| 17       v. | Date:     February 6, 2013 |
| 18  UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | Time:     9:30 a.m.<br>Judge:    Hon. John A. Mendez |
| 19 | |
| 20         Defendants. | |

21

22      The parties hereby stipulate, through their undersigned counsel, subject to the approval

23  of the Court as provided for hereon, that the motion hearings presently set for December 5,

24  2012, at 9:30 a.m., be CONTINUED until February 6, 2013, at 9:30 a.m., before Judge

25  Mendez, with filing dates conforming to the new hearing date. Except for the sua sponte

26  continuance to December 5, 2012, no previous continuance of this date has been sought or

27  granted.

28

Dated: November 16, 2012                NIELSEN MERKSAMER PARRINELLO
                                        GROSS & LEONI LLP

                                By:     /s/ Christopher E. Skinnell   (as authorized on
                                        November 16, 2012)
                                        JAMES R. PARRINELLO
                                        CATHY A. CHRISTIAN
                                        CHRISTOPHER E. SKINNELL


Dated: November 16, 2012                IGNACIA S. MORENO
                                        Assistant Attorney General
                                        JUDITH RABINOWITZ
                                        Trial Attorney
                                        Indian Resources Section
                                        Environment & Natural Resources Division

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                By:     /s/ YHimel
                                        YOSHINORI H. T. HIMEL
                                        Assistant U. S. Attorney


## ORDER

Upon the parties' stipulation, the motion hearings set for December 5, 2012, at 9:30 a.m., are CONTINUED until February 6, 2013, at 9:30 a.m.

It is APPROVED and SO ORDERED.

DATED: 11/16/2012                       /s/ John A. Mendez
                                        UNITED STATES DISTRICT COURT JUDGE