NIELSEN MERKSAMER
PARRINELLO GROSS & LEONI LLP
CHRISTOPHER E. SKINNELL, ESQ. (S.B. NO. 227093)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94901
Telephone: (415) 389-6800
Facsimile: (415) 388-6874

CATHY A. CHRISTIAN, ESQ. (S.B. NO. 83196)
1415 L Street, Suite 1200
Sacramento, California 95814
Telephone: (916) 446-6752
Facsimile: (916) 446-6106
*Proposed Plaintiff, and Attorneys for Plaintiff, County of Amador, California*

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL (S.B. NO. 66194)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
JUDITH RABINOWITZ
Trial Attorney
Indian Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone:  (415) 744-6486
Facsimile:  (415) 744-6476
E-mail: judith.rabinowitz2@usdoj.gov
*Attorneys for Federal Defendants*

Parties' Stipulation for Extension of Administrative Record Lodging Date
and [Proposed] Order
Case No. 2:12-cv-01710

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA,<br>                        Plaintiff,<br><br>                          v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR; KEN SALAZAR, Secretary of the United States Department of the Interior; KEVIN WASHBURN, Assistant Secretary of Indian Affairs, United States Department of Interior,<br>                        Defendants. | CASE NO. 2:12-cv-01710 JAM CKD<br><br>**PARTIES' STIPULATION FOR EXTENSION OF ADMINISTRATIVE RECORD LODGING DATE AND ORDER** |

1    The Parties, Plaintiff County of Amador, California, proposed Plaintiff Cathy Christian,

2  and Defendants, the United States Department of the Interior, Kenneth Salazar, Secretary of the

3  Interior ("Secretary"), and Kevin K. Washburn, Assistant Secretary for Indian Affairs ("Assistant

4  Secretary")[1] (collectively, "Federal Defendants"), by and through their undersigned counsel,

5  hereby stipulate to extend the previously designated date for lodging of the Administrative

6  Record of the challenged agency decision from March 29, 2013 to April 26, 2013, and request

7  that the Court enter their accompanying Proposed Order.  The grounds for this stipulation and

8  request are as follows:

9    1.  Consistent with the urging of the Court at the February 6, 2013 hearing on their

10       respective motions, the Parties are in the process of attempting to settle the contested

11       FOIA claim proposed to be joined with Amador County's Administrative Procedure

12       Act challenge via a proposed Second Amended Complaint.

13   2.  The Parties anticipate that their settlement negotiations will have direct bearing on

14       certain features of the Administrative Record such that judicial efficiency will best be

15       served by allowing for the settlement process to proceed and conclude before lodging

16       of the Administrative Record.

17   3.  The Parties have agreed that a new lodging date of April 26, 2013, should afford them

18       sufficient time to consummate a settlement. Should settlement not prove possible,

19       Federal Defendants will nonetheless lodge the certified Administrative Record of the

20       May 24, 2012 Record of Decision by April 26, 2013.

21   4.  Subsequent to the lodging of the Administrative Record, either party may move to

22       supplement it.  The Parties anticipate that cross-motions for summary judgment are

23       appropriate to resolve the APA claims. After the lodging of the Administrative

24       Record, and once any issues regarding its content are resolved, the Parties will file a

25       further Joint Status Report setting forth an agreed upon briefing schedule for their

26       cross-motions for summary judgment.

27

28

---

[1] Kevin K. Washburn, Assistant Secretary for Indian Affairs, is substituted for Donald E. Laverdure. This substitution is automatic under Fed. R. Civ. P. 25(d).

Parties' Stipulation for Extension of Administrative Record Lodging Date            3
and [Proposed] Order
Case No. 2:12-cv-01710

1          5.   No prior extension of the date for lodging of the Administrative Record has been

2               sought or granted.

3    Respectfully submitted this 27th day of March, 2013.

4
                                        */s/ Christopher E. Skinnell*
5                                       CHRISTOPHER E. SKINNELL
                                        2350 Kerner Boulevard, Suite 250
6                                       San Rafael, California 94901
                                        Telephone: (415) 389-6800
7                                       Facsimile: (415) 388-6874

8                                       */s/ Cathy Christian*
                                        CATHY A. CHRISTIAN
9                                       1415 L Street, Suite 1200
                                        Sacramento, California 95814
10                                      Telephone: (916) 446-6752
                                        Facsimile: (916) 446-6106
11
                                        BENJAMIN B. WAGNER
12                                      United States Attorney
                                        */s/ Yoshinori T. Himel*
13                                      YOSHINORI H. T. HIMEL
                                        Assistant United States Attorney
14                                      501 I Street, Suite 10-100
                                        Sacramento, CA 95814
15                                      Telephone:  (916) 554-2760
                                        Facsimile:   (916) 554-2900
16
                                        IGNACIA S. MORENO
17                                      Assistant Attorney General
                                        Environment & Natural Resources Division
18                                      United States Department of Justice
                                        */s/ Judith Rabinowitz*
19                                      JUDITH RABINOWITZ
                                        Indian Resources Section
20                                      Environment and Natural Resources Division
                                        United States Department of Justice
21                                      301 Howard Street, Suite 1050
                                        San Francisco, CA 94105
22                                      Telephone: (415) 744-6486
                                        Facsimile: (415) 744-6476
23                                      Email: judith.rabinowitz2@usdoj.gov

24   OF COUNSEL:

25   REBECCA ROSS
     U.S. Department of the Interior
26   Office of the Solicitor
     Division of Indian Affairs
27   Branch of Environment and Lands
     Washington, DC 20240
28

Parties' Stipulation for Extension of Administrative Record Lodging Date          4
and [Proposed] Order
Case No. 2:12-cv-01710

1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT
                        FOR THE EASTERN DISTRICT OF CALIFORNIA
6

7    COUNTY OF AMADOR, CALIFORNIA,
                Plaintiff,                           CASE NO. 2:12-cv-01710 JAM
8                                                    CKD
9                   v.
                                                     **ORDER ON PARTIES'**
10   THE UNITED STATES DEPARTMENT OF THE             **STIPULATION FOR**
     INTERIOR; KEN SALAZAR, Secretary of the United  **EXTENSION OF**
11   States Department of the Interior; KEVIN        **ADMINISTRATIVE RECORD**
     WASHBURN, Assistant Secretary of Indian Affairs,**LODGING DATE**
12   United States Department of Interior,
                Defendants.
13

14

15

16          Upon consideration of the Parties' Stipulation for Extension of the Administrative Record

17   Lodging date, good cause having been shown, it is hereby ORDERED that the

18          1.      Stipulation is APPROVED, and

19          2.      The Administrative Record lodging date is EXTENDED from March 29, 2013 to

20                  April 26, 2013.

21

22   IT IS SO ORDERED.

23   DATED:  4/1/2013                        /s/ John A. Mendez
                                             HON. JOHN A. MENDEZ
24                                           UNITED STATES DISTRICT COURT JUDGE

25

26

27

28