1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA, <br><br>  *Plaintiff*, <br><br> vs. <br><br> THE UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, Secretary of the United States Department of Interior; KEVIN WASHBURN, Acting Assistant Secretary of Indian Affairs, United States Department of Interior <br><br> *Defendants*. | Case No. 2:12-cv-01710-TLN-CKD <br><br> **ORDER DISMISSING FIRST AMENDED COMPLAINT & REINSTATING ORIGINAL COMPLAINT** <br><br> JUDGE:  Hon. Troy L. Nunley |

Pursuant to the Stipulation of the Parties, filed in this action on April 25, 2013 (Dkt. #37), the motion of Plaintiff Amador County to file a Second Amended Complaint in this action is withdrawn, and the First Amended Complaint is dismissed with prejudice as to Count V, and without prejudice as to Counts I through IV.

The original Complaint, filed in this action on June 27, 2012, is hereby reinstated as the operative complaint in this action as if no amendment had been filed.

Also pursuant to the stipulation of the Parties, the Federal Defendants herein shall file an Answer to the original Complaint no later than May 20, 2013, *i.e.*, 20 days after the filing of the protective order entered in this case on April 30, 2013.

Dated:     May 15, 2013

_____
Troy L. Nunley
United States District Judge