UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,,<br><br>Defendant. | No. 2:12-cv-1710 TLN CKD<br><br><br><br>**ORDER** |

This matter is before the court on the motion to intervene by the Ione Band of Miwok Indians ("Applicant") pursuant to Federal Rule of Civil Procedure 24(b).[1]  (See Mot. to Intervene, ECF 47.)  Neither Plaintiff nor Defendants oppose the motion.  (See Statement of Non-Opp'n by County of Amador, ECF 49.)   Because no party opposes Applicant's motion to intervene, and because Applicant has identified common questions of law and fact with the original matter—specifically, whether or not Applicant is a recognized tribe subject to federal jurisdiction under

/ / /

/ / /

/ / /

/ / /

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1

the Indian Reorganization Act of 1934—the court finds that permissive intervention under Federal Rule of Civil Procedure 24(b) is appropriate. Based on the foregoing, Applicant's motion is GRANTED.

**Dated: September 9, 2013**

Troy L. Nunley
United States District Judge

2