1 | SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
2 | United States Department of Justice

3

JUDITH RABINOWITZ
4 | Trial Attorney
Indian Resources Section
5 | Environment & Natural Resources Division
6 | United States Department of Justice
301 Howard Street, Suite 1050
7 | San Francisco, CA 94105
Telephone:    (415) 744-6486
8 | Facsimile:    (415) 744-6476
9 | E-mail: judith.rabinowitz2@usdoj.gov

10 | *Attorneys for Federal Defendants*

11

IN THE UNITED STATES DISTRICT COURT
12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14 | COUNTY OF AMADOR, CALIFORNIA,
              Plaintiff,

15 |                                          CASE NO. 2:12-cv-01710-TLN-
                                             CKD
16 |              v.

17 | THE UNITED STATES DEPARTMENT OF THE      **STIPULATED MOTION AND**
     INTERIOR; SALLY JEWELL, Secretary of the United   **ORDER  FOR TWO-WEEK**
18 | States Department of the Interior; KEVIN   **CONTINUANCE OF**
     WASHBURN, Assistant Secretary of Indian Affairs,   **BRIEFING SCHEDULE**
19 | United States Department of Interior,

20 |              Federal Defendants

21 | and

22 | IONE BAND OF MIWOK INDIANS

23 |              Intervenor Defendant.

24

25

26

27

28

*Stipulated Motion and Order for Continuance of Briefing Schedule*

Case No. 2:12-cv-01710-TLN-CKD

1      Federal Defendants, the United States Department of the Interior, Sally Jewell, Secretary

2 of the Interior ("Secretary"), and Kevin K. Washburn, Assistant Secretary for Indian Affairs

3 ("Assistant Secretary") (collectively, "Federal Defendants"), by and through their undersigned

4 counsel, hereby move for a two week continuance of the June 26, 2014 date by which Federal

5 and Intervenor Defendants shall file their Cross-Motions Summary Judgment together with

6 memoranda in support, which memoranda shall include oppositions to Plaintiff County of

7 Amador's Motion for Summary Judgment and Memorandum in Support. Amended Pretrial

8 Order, ECF 62.

9      Good cause exists as Federal Defendants' counsel, Judith Rabinowitz, is in need of

10 emergency oral surgery and just this morning was informed of the surgeon's ability to work her

11 into his schedule on Friday, June 20th.

12      Further, upon conferral with Intervenor Defendant's counsel, Timothy Evans, she was

13 informed that he has pre-scheduled travel the week of June 30th through July 4th, hence a two

14 week extension is sought to accommodate both of these circumstances.

15      Counsel for Plaintiff County of Amador, Christopher Skinnell, has indicated his non-

16 opposition to the proposed two-week extension up to and including, July 10, 2014, of the

17 deadline for the aforementioned pleadings to be filed, contingent on two weeks being added to

18 the County's current combined Opposition and Reply deadline of August 21, 2014.

19 Accordingly, all counsel have agreed that this Motion should seek extension of all remaining

20 deadlines in the Court's Amended Pretrial Order by two weeks such that the County's

21 Opposition and Reply would be due on September 4, 2014, and the Defendants' Replies would

22 be due by October 16, 2014.

23

24

25

26

27

28

*Stipulated Motion and Order for Continuance of Briefing Schedule*

Case No. 2:12-cv-01710-TLN-CKD

1 | Respectfully submitted this 17th day of June, 2014.

2

3 | SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
4 | United States Department of Justice

5

6 | */s/ Judith Rabinowitz*
JUDITH RABINOWITZ
Indian Resources Section
7 | Environment and Natural Resources Division
United States Department of Justice
8 | 301 Howard Street, Suite 1050
San Francisco, CA 94105
9 | Telephone: (415) 744-6486
Facsimile: (415) 744-6476
10 | Email: judith.rabinowitz2@usdoj.gov

11

OF COUNSEL:
12

REBECCA ROSS
13 | U.S. Department of the Interior
Office of the Solicitor
14 | Division of Indian Affairs
Branch of Environment and Lands
15 | Washington, DC 20240

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulated Motion and Order for Continuance of Briefing Schedule*

2

Case No. 2:12-cv-01710-TLN-CKD

1 Upon consideration of the Federal Defendants' Stipulated Motion for Continuance, good cause

2 having been shown, it is hereby ORDERED that the

3         1.      Motion is GRANTED, and Federal and Intervenor Defendants shall file their

4 respective Cross-Motions for Summary Judgment and Memoranda in Support inclusive of their

5 Oppositions to Plaintiff County of Amador's Motion for Summary Judgment, no later than July

6 10, 2014, Plaintiff County of Amador shall file its Opposition and Reply no later than September

7 4, 2014, and Federal and Intervenor Defendants shall file their Replies no later than October 16,

8 2014.

9

10

11 IT IS SO ORDERED.

12 Dated: June 20, 2014

13

14

15

16                     Troy L. Nunley
                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulated Motion and Order for Continuance of Briefing Schedule*

3

Case No. 2:12-cv-01710-TLN-CKD