NIELSEN MERKSAMER
   PARRINELLO GROSS & LEONI LLP
JAMES R. PARRINELLO, ESQ. (S.B. NO. 63415)
CHRISTOPHER E. SKINNELL, ESQ. (S.B. NO. 227093)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94901
Telephone:  (415) 389-6800
Facsimile:   (415) 388-6874

NIELSEN MERKSAMER
   PARRINELLO GROSS & LEONI LLP
CATHY A. CHRISTIAN, ESQ. (S.B. NO. 83196)
1415 L Street, Suite 1200
Sacramento, California 95814
Telephone:  (916) 446-6752
Facsimile:   (916) 446-6106

*Attorneys for Plaintiff*
COUNTY OF AMADOR, CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA, | Case No. 2:12-cv-01710-TLN-CKD |
| *Plaintiff,* | **AMADOR COUNTY'S STIPULATED APPLICATION TO FILE 50-PAGE COMBINED BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' AND INTERVENER-DEFENDANT'S MOTIONS; ORDER** |
| vs. | |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR; S.M.R. JEWELL, Secretary of the United States Department of Interior; KEVIN WASHBURN, Assistant Secretary of Indian Affairs, United States Department of Interior, | |
| *Defendants.* | DATE:    November 6, 2014<br>TIME:    2:00 p.m.<br>JUDGE:  Hon. Troy L. Nunley (Courtroom No. 2) |
| THE IONE BAND OF MIWOK INDIANS, | |
| *Intervenor Defendant* | |

1       On September 4, 2014, Plaintiff County of Amador is due to file a brief combining its (1)

2   reply in favor of its motion for summary judgment, filed May 1, 2014, and (2) its oppositions to the

3   respective motions for summary judgment of Defendants and Intervener-Defendant.  *See* Amended

4   Pretrial Scheduling Order (Dkt. #62), ¶ V.3; Order Granting Extensions of Time (Dkt. #79), p. 4.

5       The County, by and through its undersigned counsel, hereby seeks permission from this

6   Court to file a combined reply/opposition not to exceed 50 pages.

7       Good cause exists because the Court, in its Amended Pretrial Scheduling Order, provided

8   that "[e]ach party's combined briefs shall not exceed a total of 70 pages."  However, that limit puts

9   the County at a disadvantage relative to the other parties because the County—unlike Defendants

10  and Intervener-Defendant—will be responding to two motions/oppositions, instead of only one.

11      The County's initial moving papers were 41 pages long,[1] leaving it only 29 pages for a

12  combined opposition/reply to both motions, which the County expects will be substantial, given the

13  important issues raised by this action.  The requested 50 pages basically equates to 20 pages in

14  opposition to each of the anticipated motions, and a ten-page reply brief in support the County's

15  own motion for summary judgment.  That is consistent with this Court's normal page limits,

16  contained in its standing order.

17      *Counsel for Defendants and Intervener-Defendant have stated, on behalf of their clients,*

18  *that they do not oppose this application.*

19                                              Respectfully submitted,

20  Dated:  July 2, 2014                        NIELSEN MERKSAMER
                                                    PARRINELLO GROSS & LEONI LLP
21                                              By: /s/  Christopher E. Skinnell
22                                                  James R. Parrinello
                                                    Cathy A. Christian
23                                                  Christopher E. Skinnell
                                                    *Attorneys for Plaintiff*
24                                                  AMADOR COUNTY, CALIFORNIA

25

26

27

28      [1] *See* Amador County's Notice of Motion & Motion for Summary Judgment; Memorandum
of Points & Authorities In Support Of Same (Dkt. #65).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

Upon consideration of the Amador County's Stipulated Application to File 50-Page Combined Brief in Support of Its Motion For Summary Judgment and in Opposition to Defendants' and Intervener-Defendant's Motions (Dkt. #80), and good cause having been shown, it is hereby ORDERED that:

1. The Application is GRANTED.  The County of Amador may file a combined Summary Judgment Opposition and Reply, presently due on September 4, 2014, not to exceed 50 pages.

IT IS SO ORDERED.

Dated: July 3, 2014

Troy L. Nunley
United States District Judge