UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF AMADOR, | No. 2:12-cv-01710-TLN-CKD |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF INTERIOR, et al., | |
| Defendants. | |
| NO. CASINO IN PLYMOUTH, et al., | No. 2:12-cv-01748-TLN-CMK |
| Plaintiff, | |
| v. | |
| UNITED STATES DEPARTMENT OF INTERIOR, et al., | **RELATED CASE ORDER** |
| Defendants. | |
| NO. CASINO IN PLYMOUTH, et al., | No. 2:18-cv-01398-MCE-CKD |
| Plaintiff, | |
| v. | |
| NATIONAL INDIAN GAMING COMMISSION, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Notice of Related Case (ECF No. 6) and Plaintiffs' Response thereto (ECF No. 7) filed in 2:18-cv-01398-MCE-CKD. Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Pursuant to Rule 123 of the Local Rules of the United States District Court for the Eastern District of California, two actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

Here, the actions involve similar and sometimes overlapping parties, are based on the same or similar background facts, and involve similar questions of law. At a minimum, it appears the actions involve the review of the same lengthy administrative record. Consequently, assignment to the same judge would "effect a substantial savings of judicial effort." L.R. 123(a), *see also* L.R. 123(c).

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

///
///
///
///
///
///
///

2

IT IS THEREFORE ORDERED that the action denominated 2:18-cv-01398-MCE-CKD is reassigned to District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney, and the caption shall read 2:18-cv-01398-TLN-CKD.  Any dates currently set in 2:18-cv-01398-MCE-CKD are hereby VACATED, and the parties are ordered to refile any pending motions before this Court.  The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

Dated: March 8, 2019

Troy L. Nunley
United States District Judge